**No. 52760.**—Louis Wolf & Co., Inc. v. United States, protests 79779–K, etc. (New York).

Opinion by Oliver, C. J. It was stipulated that the merchandise consists of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstracts 45795 and 50188. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 52761.**—Hing Wah Tai Co. et al. v. United States, protests 82703–K, etc. (San Francisco).

Opinion by Oliver, C. J. It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 52762.**—Kaufmann Dept. Stores, Inc., et al. v. United States, protests 6105–K, etc. (Pittsburgh, etc.).

Opinion by Oliver, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52763.**—S. S. Kresge Co. et al. v. United States, protests 123059–K, etc. (Baltimore, etc.).

Opinion by Oliver, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.